US DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS

Anthony Gay

   Plaintiff

vs.                           No.

Carol Blackman And Claudia Kachigian

   Defendants

**FILED**
JAN -7 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

11-14-JPG

## CAUSE OF ACTION FOR DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH NEEDS AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

Now comes plaintiff Anthony Gay filing this cause of action "under imminent danger" for Deliberate Indifference to serious mental health needs and Intentional Infliction of Emotional distress (state tort claim) And states as follows:

(1) I, Anthony Gay, am the plaintiff in this cause of action and was at all times pertinent an inmate in Tamms correctional center.

(2) The Defendant Carol Blackman is a licensed social worker at Tamms correctional center and was at all times pertinent a licensed social worker at Tamms correctional center.

(3) The Defendant Claudia Kachigian is a psychiatrist at Tamms correctional center and was at all times

pertinent a psychiatrist at tamms correctional center.

## COUNT I DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH NEEDS

(4) The defendant Blackman is aware that plaintiff frequently self-mutilates himself and is in need of a psychiatric evaluation.

(5) The Deliberate Indifference of the defendant Blackman to the serious mental health needs of plaintiff is demonstrated by a series of incidents of mistreatment occurring closely together in time, and the defendant Blackman refuses to refer plaintiff for a psychiatric evaluation.

(6) On May 17, 2010 defendant Blackman made weekly rounds. The plaintiff informed defendant Blackman he was becoming anxious and agitated and needed to see the psychiatrist because his anxiety was building up. He needed some medication. Defendant Blackman refuses to refer plaintiff to see the psychiatrist.

(7) On June 3, 2010 defendant Blackman made weekly rounds. The plaintiff informed Blackman his anxiety was becoming overwhelming. He was on the verge

of cutting himself, he needed to see the psychiatrist. Blackman refused to refer plaintiff to see the psychiatrist.

(8) On June 7, 2010 plaintiff became extremely agitated, angry and anxious and cut his neck and testicle.

(9) On June 10, 2010 defendant Blackman made rounds. Plaintiff informed defendant Blackman he needed to see the psychiatrist about his anxiety. Defendant Blackman refused to refer plaintiff to see the psychiatrist.

(10) On June 17, 2010 defendant Blackman made weekly rounds. Plaintiff informed defendant Blackman he needed to see the psychiatrist about his anxiety. Defendant Blackman refused to refer plaintiff to see the psychiatrist.

(11) On June 22, 2010 defendant Blackman made weekly rounds. Plaintiff informed defendant Blackman about his anxiety problems and the medication Buspar helps plaintiff cope. Defendant Blackman stated, "you're not getting Buspar! And you're not being referred to the psychiatrist!"

(12) On June 29, 2010 defendant Blackman made weekly rounds. Plaintiff informed defendant Blackman he needed to

see the psychiatrist about his anxiety and medication. Defendant Blackman refused to refer plaintiff to see the psychiatrist.

(13) On July 4, 2010 plaintiff became agitated and anxious and cut his inner thigh.

(14) On July 10, 2010 plaintiff became agitated and anxious and cut his upper thigh.

(15) On July 28, 2010 plaintiff became agitated and anxious and informed defendant Blackman he needed to see the psychiatrist; he was going to cut himself. Defendant Blackman smiled and stated, "Go for it."

(16) On August 8, 2010 the defendant Blackman made weekly rounds. Plaintiff requested to be referred to psychiatrist for his mental health issues. The Defendant Blackman refused to refer plaintiff to the psychiatrist.

(17) On August 11, 2010 plaintiff informed defendant Blackman his anxiety was becoming overwhelming he needed to see the psychiatrist and that he was going to hurt himself because he was upset he didn't get to see his daughter. Defendant Blackman smiled and

stated, "Write her a letter", then walked off.

(18) On August 12, 2010 plaintiff inflicted a 5" cut on his right thigh and a 4" cut on his left hip requiring sutures.

(19) On August 26, 2010, plaintiff informed defendant Blackman he needed to see the psychiatrist to be evaluated to determine if medication would be appropriate to help him cope with his stress, anger and anxiety. Defendant Blackman stated, "you're not seeing the psychiatrist! you can participate in correspondence clinic or nothing!. take it or leave it!"

(20) On August 27, 2010 plaintiff cut his thigh and subsequently mutilates his ~~~~ testicle, and tied it to the door.

(21) plaintiff is at a continuous risk to self-mutilate himself and a continuous risk to commit suicide.

## COUNT II INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (state tort claim)

(22) plaintiff re-alleges paragraphs 1st thru 21st

# COUNT III DELIBERATE INDIFFERENCE TO SERIOUS MENTAL HEALTH NEEDS

(23) The plaintiff hasn't been examined, evaluated or assessed by the defendant Kacyjim (psychiatrist) since March 2010.

(24) Over the past nine months - March 2010 thru December 2010 the plaintiff has self-mutilated himself, including cutting his neck, thighs and testicle. His self-mutilation has been severe. He has even mutilated his testicle and tied it to the door. The defendant Kacyjim is well aware of plaintiff's self-mutilation.

(25) The plaintiff since April of 2010 has submitted multiple written request to be examined, evaluated and assessed by the defendant Kacyjim (psychiatrist) which she has received and acknowledged but refuses to examine, evaluate or assess plaintiff.

(26) The plaintiff is at a continuous risk to self-mutilate himself and commit suicide and the defendant Kacyjim is ~~being~~ maliciously and sadistically ignoring plaintiff's mental health needs.

COUNT IV INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (state tort claim)

(27) Plaintiff re-alleges paragraphs 23# thru 26#

RELIEF REQUESTED

A. That plaintiff be examined by an independent psychiatrist to determine his mental health needs. (injunctive relief)

B. That plaintiff be awarded compensatory and punitive damages.

Respectfully
/s/ ///
Anthony Guy Bulesi
8500 supermax road
Tamms, IL 62988

State of Illinois

AFFIDAVIT

I, Anthony Guy, being duly sworn under oath state that I am the plaintiff in this cause of action and state the contents thereof are true and correct to the best of my knowledge.

/s/ ///

CERTIFICATE OF SERVICE

This certifies I sent the above instrument to the U.S. District Southern District Clerk of Court via mail, on 1-5-11 and a copy to each defendant

/s/ [signature]

Anthony Gay Bellisi
8500 Supermax road
Tamms, Il 62988